## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 189 EAL 2016

            Respondent             :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

            v.                   :

LUIS T. GAUTHIER,               :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.